UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
COMMUNITY ASSOCIATION                          :
UNDERWRITERS OF AMERICA, INC.,                 :
as subrogor of STONY BROOK                     :
CONDOMINIUMS, INC.,                            :
                    Plaintiff,                  :   **ORDER**
                                              :
v.                                             :   16 CV 8509 (VB)
                                              :
AIDA FELICIANO; ALBERTO FELICIANO;             :
and AISHA FELICIANO,                           :
                    Defendants.                  :
--------------------------------------------------------------x

        The Court has been advised that the parties have settled this case.

        Accordingly, it is HEREBY ORDERED:

        1.      By <u>November 13, 2020</u>, the parties shall file either a stipulation of dismissal with prejudice or a joint letter regarding what remains to be done to effectuate settlement.

        2.      The jury trial scheduled for the week of November 2, 2020, is cancelled.

Dated: October 23, 2020
           White Plains, NY

                                                SO ORDERED:

                                                _____
                                                Vincent L. Briccetti
                                                United States District Judge